```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 18164
    PATRICIA BITOY
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-9322


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 10/03/2007 and was not confirmed.

      The case was dismissed without confirmation 01/30/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------

CHASE HOME FINANCE LLC    CURRENT MORTG         .00             .00            .00
CHASE HOME FINANCE LLC    MORTGAGE ARRE         .00             .00            .00
HONOR FINANCE             SECURED VEHIC     4500.00             .00         400.00
CALVARY PORTFOLIO         UNSECURED         NOT FILED           .00            .00
CITIBANK                  UNSECURED         NOT FILED           .00            .00
CITIBANK SC NA            UNSECURED         50179.97            .00            .00
CITY OF CHICAGO PARKING   UNSECURED         NOT FILED           .00            .00
COMCAST                   UNSECURED         NOT FILED           .00            .00
COMMONWEALTH EDISON       UNSECURED           450.26            .00            .00
CREDIT PROTECTION         UNSECURED         NOT FILED           .00            .00
MCI RESIDENTIAL SERVICES  UNSECURED         NOT FILED           .00            .00
MCI RESIDENTIAL SERV      NOTICE ONLY       NOT FILED           .00            .00
MIDNIGHT VELVET           UNSECURED           176.99            .00            .00
NICOR GAS                 UNSECURED         NOT FILED           .00            .00
OVERLAND BOND & INVESTME  UNSECURED          8970.85            .00            .00
OVERLAND BOND & INVESTME  NOTICE ONLY       NOT FILED           .00            .00
SEVENTH AVENUE            UNSECURED           462.99            .00            .00
TCF NATIONAL BANK         UNSECURED         NOT FILED           .00            .00
VILLAGE OF POSEN FIRE DE  UNSECURED         NOT FILED           .00            .00
HONOR FINANCE             UNSECURED           866.85            .00            .00
US BANK NATIONAL ASSOC    NOTICE ONLY       NOT FILED           .00            .00
US BANK NATIONAL ASSOC    NOTICE ONLY       NOT FILED           .00            .00
ASSET ACCEPTANCE LLC      UNSECURED           288.28            .00            .00
INTERNAL REVENUE SERVICE  PRIORITY          NOT FILED           .00            .00
IRS                       NOTICE ONLY       NOT FILED           .00            .00
MARLIN E KIRBY            DEBTOR ATTY        2,500.00                       250.84
TOM VAUGHN                TRUSTEE                                            49.16
DEBTOR REFUND             REFUND                                               .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      700.00


                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 18164 PATRICIA BITOY
```

```
PRIORITY                                                          .00
SECURED                                                        400.00
UNSECURED                                                         .00
ADMINISTRATIVE                                                 250.84
TRUSTEE COMPENSATION                                            49.16
DEBTOR REFUND                                                     .00
                                       ---------------  ---------------
TOTALS                                         700.00           700.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 04/23/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```